UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

AARON CARPENTER,

        Plaintiff,                               Case No.1:06-cv-70

v.                                                   Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 20, 2006, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                           /s/Richard Alan Enslen
October 13, 2006                                    Richard Alan Enslen
                                                   Senior United States District Judge